**Dismissed and Memorandum Opinion filed February 27, 2024**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-24-00022-CR

---

### JESSY LEE  ZACHARY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 208th District Court
### Harris County, Texas
### Trial Court Cause No. 1294788

---

### MEMORANDUM  OPINION

Appellant was convicted of murder and sentenced to forty years' incarceration on November 22, 2013. No timely motion for new trial was filed. Therefore, appellant's notice of appeal was due by December 23, 2013. *See* Tex. R. App. P. 26.2(a)(1).

A court of appeals may grant an extension of time if, within 15 days after the deadline for filing the notice of appeal, the party files (a) the notice of appeal in the trial court, and (b) a motion for extension of time in the court of appeals. *See* Tex.

R. App. P. 26.3; *see also* Tex. R. App. P. 10.5(b)(2) (governing motion for extension of time to file notice of appeal). The fifteenth day after December 23, 2013, was January 7, 2014. Appellant filed his notice of appeal on January 9, 2024, a date that is not within 15 days of the due date.

A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). When a notice of appeal is not filed within the 15-day period, the court of appeals can take no action other than to dismiss the appeal for lack of jurisdiction. *See id.*

On January 18, 2024, the parties were notified that the appeal would be dismissed for lack of jurisdiction unless within 21 days a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, the appeal is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b).